**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 15-cr-00045-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ALEJANDRO GONZALEZ-HERNANDEZ

      Defendant.

---

## ORDER

---

      PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on August 4, 2015, it is hereby

      ORDERED that Defendant Gonzalez-Hernandez is sentenced to **TIME SERVED.**

      Dated: August 4, 2015

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge